The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THOMAS TAMBURELLI,<br><br>  Plaintiff,<br><br>v.<br><br>ACCESS GOLF, LLC,<br><br>  Defendant. | No. C09-1266 RAJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>NOTE ON MOTION CALENDAR:<br>Wednesday, October 6, 2010 |

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff Thomas Tamburelli ("Plaintiff") and Access Golf, LLC. (the "Defendant"), (collectively, the "Parties"), that this action shall be dismissed in its entirety with prejudice, with each party to bear its own attorney's fees and costs, and that an Agreed Order of Dismissal With Prejudice may be entered by the Court without further notice or hearing.

DATED this 6th day of October, 2010.          DATED this 6th day of October, 2010.

**WINTERBAUER & DIAMOND P.L.L.C.**          **LAW OFFICE OF PETER G. COGAN**

_/s/ S. H. Winterbauer_                         _Peter Cogan ( via email authorization)_
Steven H. Winterbauer, WSBA #16468          Mr. Peter Cogan
Attorneys for Defendant                     Attorney for Plaintiff
Access Golf, LLC.                           Thomas Tamburelli

STIPULATION OF DISMISSAL WITH PREJUDICE - 1
C09-1266 RAJ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

I hereby certify that on October 6, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Peter Cogan
Law Office of Peter G. Cogan
119 First Ave S,
Suite 500
Seattle, WA 98104-3400

DATED this 6th day of October, 2010.

*Rachel Emens* (signature)

Rachel Emens
Legal Assistant
WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Phone: 206-676-8440
Fax: 206-676-8441
mail@winterbauerdiamond.com

STIPULATION OF DISMISSAL WITH PREJUDICE - 2
C09-1266 RAJ

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440