The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS TAMBURELLI, <br><br> Plaintiff, <br><br> v. <br><br> ACCESS GOLF, LLC, <br><br> Defendant. | No. C09-1266 RAJ <br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE** <br><br> [PROPOSED] |

Pursuant to the Parties' Stipulation of Dismissal With Prejudice, it is hereby ORDERED that this action is dismissed in its entirety with prejudice as to all parties and with neither costs nor attorneys' fees awarded to any party.

DONE IN OPEN COURT this ____ day _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DISMISSAL WITH PREJUDICE - 1
C09-1266 RAJ

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440

Presented by:

**WINTERBAUER & DIAMOND PLLC**

*/s/ S. H. Winterbauer*

Steven H. Winterbauer, WSBA #16468
Attorneys for Defendant
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Tel: 206-676-8440
Fax: 206-676-8441
E-Mail: mail@winterbauer.com

**LAW OFFICE OF PETER G. COGAN**

*Peter Cogan (via email authorization)*

Mr. Peter Cogan
119 First Ave S, Suite 500
Seattle, WA 98104-3400
Tel: 206-382-9896
Fax: 206-682-3002
E-Mail: coganlaw@yahoo.com

ORDER GRANTING DISMISSAL WITH PREJUDICE - 2
C09-1266 RAJ

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440